Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 19-18094 EPK | **Trustee:** | DEBORAH C. MENOTTE | |
| **Case Name:** | Richard Eric Berman | **Filed (f) or Converted (c):** | 06/18/19 (f) | |
| | Michelle Berman | **§341(a) Meeting Date:** | 07/18/19 | |
| **Period Ending:** | 09/30/19 | **Claims Bar Date:** | 11/19/19 | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2018 California Tax Refund (u) | 1,320.00 | 1,320.00 | | 1,320.00 | FA |
| 2 | New York State 2018 Income Tax Refund (u) | 80.00 | 80.00 | | 80.00 | FA |
| 3 | 2018 Federal Income Tax Refund (u) | 35,197.00 | 35,197.00 | | 35,197.00 | FA |
| 4 | 9160 EQUUS CIRCLE BOYNTON BEACH - Exempt | 603,264.00 | 0.00 | | 0.00 | FA |
| 5 | LEXUS RX 350L PREMIUM FWD 2018 LEASED | 0.00 | 0.00 | | 0.00 | FA |
| 6 | LEXUS NX TURBO FWD 2017 LEASED | 0.00 | 0.00 | | 0.00 | FA |
| 7 | HOUSEHOLD GOODS & FURNISHINGS | 5,655.00 | Unknown | | 0.00 | Unknown |
| 8 | BACCARAT PIECES, BRONZE PIECES, ART PRINTS AND LITHOGRAPHS | 1,400.00 | Unknown | | 0.00 | Unknown |
| 9 | 2 OLD BICYCLES AND GOLF CLUBS | 100.00 | Unknown | | 0.00 | Unknown |
| 10 | GLOCK 30 ,RUGER 380 LCP, S & W .38, AND A TOKAREV HAND GUN | 300.00 | Unknown | | 0.00 | Unknown |
| 11 | CLOTHING AND SHOES OF VALUE TO DEBTORS ONLY - Exempt | 10.00 | 0.00 | | 0.00 | FA |
| 12 | Furs and jewelry | 1,600.00 | Unknown | | 0.00 | Unknown |
| 13 | DOG OF VALUE TO DEBTOR'S ONLY | 0.00 | 0.00 | | 0.00 | FA |
| 14 | CERVICAL TRACTION DEVICE AND TENS UNIT | 10.00 | 0.00 | | 0.00 | FA |
| 15 | CASH ON HAND - Exempt | 200.00 | 0.00 | | 0.00 | FA |
| 16 | CHECKING WELLS FARGO ACCT # 8366 | 851.49 | Unknown | | 0.00 | Unknown |
| 17 | CHECKING SYNOVUS BANK ACCT # 7801 | 3,794.36 | Unknown | | 0.00 | Unknown |
| 18 | CHECKING WELLS FARGO ACCT # 9752 TALLY-APTS.COM LLC: SECURITY DEPOSIT ACCOUNT FOR 1415 CHARLOTTE STREET LLC OWNERSHIP INTEREST ABANDONED | 3,150.00 | 0.00 | | 0.00 | FA |
| 19 | CHECKING CENTERSTATE BANK ACCT # 2106 BERMAN KEAN & RIGUERA, PA OPERATING ACCOUNT | 1,432.48 | Unknown | | 0.00 | Unknown |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 19-18094 EPK
**Case Name:** Richard Eric Berman
Michelle Berman
**Period Ending:** 09/30/19

**Trustee:** DEBORAH C. MENOTTE
**Filed (f) or Converted (c):** 06/18/19 (f)
**§341(a) Meeting Date:** 07/18/19
**Claims Bar Date:** 11/19/19

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | CHECKING WELLS FARGO ACCT # 9914 TALLY-APTS LLC OWNERSHIP INTEREST ABANDONED | 81.33 | 0.00 | | 0.00 | FA |
| 21 | CHECKING WELLS FARGO ACCT # 9891 1415 CHARLOTTE STREET LLC OWNERSHIP INTEREST ABANDONED | 851.49 | 0.00 | | 0.00 | FA |
| 22 | IRA MERRILL LYNCH ACCT # 7815 | 283,025.20 | Unknown | | 0.00 | Unknown |
| 23 | IRA MERRILL LYNCH ACCT # 7816 | 398,934.20 | Unknown | | 0.00 | Unknown |
| 24 | IRA MERRILL LYNCH ACCT # 7964 | 119,074.30 | Unknown | | 0.00 | Unknown |
| 25 | IRA MERRILL LYNCH ACCT # 9654 | 27,841.34 | Unknown | | 0.00 | Unknown |
| 26 | IRA MERRILL LYNCH ACCT # 9660 | 27,841.34 | Unknown | | 0.00 | Unknown |
| 27 | IRA MERRILL LYNCH ACCT # 1815 | 600,019.40 | Unknown | | 0.00 | Unknown |
| 28 | IRA MERRILL LYNCH ACCT # 2W33 | 305,635.40 | Unknown | | 0.00 | Unknown |
| 29 | MERRILL LYNCH ACCT # 9382 529 COLLEGE SAVINGS PLAN FOR AD OWNER IS MICHELLE BERMAN SURVIVOR IS MEGAN DIGREGORIO - Exempt | 2,183.07 | 0.00 | | 0.00 | FA |
| 30 | FLORIDA PREPAID COLLEGE SAVINGS PLANS PLAN # XXXX 9613 ACCT OWNER IS RICHARD BERMAN BENEFICIARY IS HAYDEN RYAN UNGER SURVIVOR IS JESSICA UNGER - Exempt | 21,781.10 | 0.00 | | 0.00 | FA |
| 31 | FLORIDA PREPAID COLLEGE SAVINGS PLANS PLAN # XXXX 0871 ACCT OWNER IS RICHARD BERMAN BENEFICIARY IS LUCAS CAMERON UNGER SURVIVOR IS JESSICA UNGER - Exempt | 25,119.72 | 0.00 | | 0.00 | FA |
| 32 | DEBTOR 1 HAS: FLORIDA BAR LICENSE AND NEW YORK BAR LICENSEDEBTOR 2 HAS: REAL ESTATE LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 33 | RRA MERRILL LYNCHACCT # 3J68 | 23,363.30 | Unknown | | 0.00 | Unknown |
| 34 | PENSION PLUMBERS AND PIPEFITTERS LOCAL 719 PENSIONTRUST FUND RECEIVES $624.19/MONTH. DEBTORSTO EXEMPT FULL AMOUNT OF PENSION. - Exempt | 624.19 | 0.00 | | 0.00 | FA |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 3

| Case Number: | 19-18094 EPK | Trustee: | DEBORAH C. MENOTTE |
|---|---|---|---|
| Case Name: | Richard Eric Berman | Filed (f) or Converted (c): | 06/18/19 (f) |
| | Michelle Berman | §341(a) Meeting Date: | 07/18/19 |
| Period Ending: | 09/30/19 | Claims Bar Date: | 11/19/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 35 | IRA MERRILL LYNCH ACCT # 4515 | 210,133.60 | Unknown | | 0.00 | Unknown |
| 36 | IRR MERRILL LYNCH ACCT # 3J69 | 78,893.26 | Unknown | | 0.00 | Unknown |
| 37 | MICHELLE BERMAN WAS IN A CAR ACCIDENT 2 YEARS AGO. DEBTOR WAS INJURED. KELLY HANCOCK REPRESENTS HER. | Unknown | Unknown | | 0.00 | Unknown |
| 38 | OLD COMPUTERS, SERVER, MONITORS, 3CHAIRS, 2 SMALL TABLES, OLD FILES, PRINTS & LITHOGRAPHS | Unknown | Unknown | | 0.00 | Unknown |
| 39 | BERMAN KEAN AND RIGUELA, PA   55% OF OWNERSHIP | Unknown | Unknown | | 0.00 | Unknown |
| 40 | 1415 CHARLOTTE STREET, LLC ABANDONED ECF#14 | 393,656.00 | 0.00 | OA | 0.00 | FA |
| 41 | MIDLAND NATIONAL LIFE TERM POLICY Per Amd. Sch ECF#11 | Unknown | 0.00 | | 0.00 | FA |
| 42 | BRIGHTHOUSE FINANCIAL TERM Per Amd Sch ECF#11 | Unknown | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$3,177,422.57** | **$36,597.00** | | **$36,597.00** | **$0.00** |

**Major activities affecting case closing:**
CBD  11/19/19

TAX RETURN STATUS:  NONE REQUIRED AT THIS TIME

CASE STATUS:  341 just took place on 8/15.  Case investigation just beginning.  2004 Examination set for October 17th.  Inspection to be scheduled for assets 7-10, 12; exemptions/discharge deadlines extended.

**Initial Projected Date of Final Report (TFR):**  December 31, 2020           **Current Projected Date of Final Report (TFR):**  December 31, 2020

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| | |  | |
|---|---|---|---|
| **Case Number:** | 19-18094 EPK | **Trustee:** | DEBORAH C. MENOTTE |
| **Case Name:** | Richard Eric Berman | **Bank Name:** | Signature Bank |
| | Michelle Berman | **Account:** | ******7294 - Checking |
| **Taxpayer ID#:** | ******4037 | **Blanket Bond:** | $56,290,000.00 (per case limit) |
| **Period:** | 10/01/18 - 09/30/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/17/19 | Asset #1 | Richard Berman | 2018 CA tax refund | 1224-000 | 1,320.00 | | 1,320.00 |
| 09/23/19 | Asset #2 | Richard Berman | New York State 2018 Tax Refund | 1224-000 | 80.00 | | 1,400.00 |
| 09/23/19 | Asset #3 | Richard Berman | 2018 Federal Tax Refund | 1224-000 | 35,197.00 | | 36,597.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 36,597.00 | 0.00 | $36,597.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 36,597.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$36,597.00** | **$0.00** | |

| | | | |
|---|---|---|---|
| Net Receipts: | $36,597.00 | | |
| Net Estate: | $36,597.00 | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7294 | 36,597.00 | 0.00 | 36,597.00 |
| | $36,597.00 | $0.00 | $36,597.00 |